UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:18-mj-1872-JSS

TAMIR MORGAN BUTLER and
CHRISTOPHER MICHAEL ALFORD
_____/

# ORDER

THIS MATTER is before the Court on the Government's Unopposed Motion for a Determination that the "Ends of Justice" Warrant a Tolling of the Speedy Indictment Deadline. (Dkt. 20.) Defendants have no objection and have filed a Waiver of Right to Speedy Indictment through and including December 6, 2018. (Dkts. 20-1, 20-2.)

Upon consideration, and after considering the factors set forth in 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served in tolling the time in which Defendants must be charged by information or indictment on the charges in the criminal complaint as required by 18 U.S.C. § 3161(b) outweighs the best interest of the public and Defendants in having a speedy indictment and trial. The parties are currently negotiating a resolution of this matter, but they need additional time to do so. A resolution that avoids indictment and trial will preserve prosecutorial, judicial, and public resources. Accordingly, it is **ORDERED** that the Government's Unopposed Motion for a Determination that the "Ends of Justice" Warrant a Tolling of the Speedy Indictment Deadline (Dkt. 20) is **GRANTED**. The speedy indictment clock is tolled

up through and including December 6, 2018.

**DONE** and **ORDERED** in Tampa, Florida, on October 9, 2018.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record